UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| WILLIAM A. MCALPINE, | ) | CASE NO. 1:06 CV 2800 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| CUYAHOGA COUNTY VETERANS | ) | |
| SERVICE COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e). Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

                                                             */s/Dan Aaron Polster 2/12/07*
                                                             DAN AARON POLSTER
                                                             UNITED STATES DISTRICT JUDGE